

SEALED

s/ MF

ORDERED UNSEALED on 04/29/2026   s/ MariaFujita

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LISA MARIAM,<br>  aka "Melissa Chloe,"<br>  aka "Cipul,"<br>  aka "Naomi May Lingston,"<br>  aka "Vanessa,"<br>  aka "Bella Theresia,"<br><br>        Defendant. | Case No.: **26-mj-02437**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; Title 18, U.S.C., Secs. 981(a)(1)(C) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture<br><br>**[FILED UNDER SEAL]** |

The undersigned complainant, being duly sworn, states:

At all times relevant to this Complaint:

### INTRODUCTION

1.  A cryptocurrency investment fraud scheme ("CIF" scheme) was a sophisticated scheme in which co-conspirators contacted victims through dating applications, social media, telephone, text messages, other messaging applications, email, and other means to gain the victims' trust and affection. The co-conspirators then promoted cryptocurrency

investment opportunities to victims and touted possible returns on investments, including by touting the co-conspirators' own purported successes in the field. The co-conspirators purported to assist victims in opening cryptocurrency accounts and investing in cryptocurrency on various exchanges, and then instructed and purported to assist victims in transferring the victims' investments to other, fake investment platforms controlled by the co-conspirators that were designed to resemble and function like legitimate platforms. The co-conspirators pressured victims to invest more over time, including by obtaining money to invest from others. The co-conspirators purported to show returns victims were gaining and could gain from further investments, and they imposed fake "taxes" on investments to obtain additional funds from victims. The co-conspirators took victims' investments by transferring the funds and cryptocurrency to cryptocurrency wallets and accounts controlled by the co-conspirators. The co-conspirators also locked victims out of their fake investment accounts and ceased communications once they stole victims' funds.

2. CIF schemes targeted individuals residing in the United States, including the Southern District of California, and elsewhere.

3. Defendant LISA MARIAM, aka "Melissa Chloe," aka "Cipul," aka "Naomi May Lingston," aka "Vanessa," aka "Bella Theresia," was a citizen of Indonesia who resided in the United Arab Emirates and Indonesia. MARIAM worked in CIF scheme compounds and organizations based in and around Dubai, United Arab Emirates.

//
//
//
//

## COUNT 1

### Conspiracy to Commit Wire Fraud

### [18 U.S.C. §§ 1349 and 1343]

4.    Paragraphs 1 through 3 are re-alleged and incorporated herein.

### THE CONSPIRACY

5.    Beginning on a date unknown, but at least since in or around 2023, and continuing up to and including April 22, 2026, within the Southern District of California and elsewhere, defendant LISA MARIAM, aka "Melissa Chloe," aka "Cipul," aka "Naomi May Lingston," aka "Vanessa," aka "Bella Theresia," who will first enter the United States in the Southern District of California, knowingly and intentionally conspired with others known and unknown to commit the following offense: wire fraud, that is, to knowingly devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and intentional concealment and omission of material facts, and used and caused to be used foreign and interstate wire communications for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

### MANNER AND MEANS

6.    The objects of the conspiracy were, in substance, carried out in the following manner:

7.    The defendant and other members of the conspiracy conducted a CIF scheme operating from Dubai, United Arab Emirates, and elsewhere.

8.    The defendant and other members of the conspiracy targeted residents of the United States.

9.    The defendant and other members of the conspiracy contacted victims through interstate and foreign wire communications, including

3

dating applications, social media, such as Facebook and Instagram, telephone, dating applications, and messaging applications, such as WhatsApp. These communications were for the purpose of building trust and affection with victims under fraudulent pretenses.

10. The defendant and other members of the conspiracy used fake personae, including by using photos of models and other images to disguise their true identities.

11. The defendant and other members of the conspiracy promoted purported cryptocurrency investment opportunities to victims.

12. The defendant and other members of the conspiracy assisted victims in opening accounts on cryptocurrency platforms and transferring their investments to other platforms, which were fake investment platforms that the defendant and co-conspirators controlled.

13. The defendant and other members of the conspiracy encouraged and pressured victims to invest more in cryptocurrency over time.

14. Under fraudulent pretenses, the defendant and other members of the conspiracy induced victims to transfer money to cryptocurrency investment accounts and platforms that were actually controlled by the defendant and other members of the conspiracy.

15. Members of the conspiracy, including the defendant LISA MARIAM, aka "Melissa Chloe," aka "Cipul," aka "Naomi May Lingston," aka "Vanessa," aka "Bella Theresia," recruited others to participate in the CIF scheme based in and around Dubai, United Arab Emirates.

16. The defendant and other members of the conspiracy communicated, through interstate and foreign wire communications, with victims in the United States and elsewhere to perpetrate the CIF scheme and to cause victims to invest and ultimately to lose money.

4

17.    The defendant and other members of conspiracy caused victims losses.

**CRIMINAL FORFEITURE**

18.    The allegations contained in this Complaint are realleged herein and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

19.    Upon conviction of the offense set forth in this Complaint, and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), defendant LISA MARIAM, aka "Melissa Chloe," aka "Cipul," aka "Naomi May Lingston," aka "Vanessa," aka "Bella Theresia" shall forfeit to the United States of America all property, real and personal, which constitutes and is derived from proceeds traceable to the offense.

20.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c) to

5

seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The complainant further states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Charles Linnerooth*
Charles Linnerooth
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 24th day of April 2026.

*Allison H. Goddard*
Honorable Allison H. Goddard
United States Magistrate Judge

6

Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.7    Page 7 of 29

## STATEMENT OF FACTS

I, Charles Linnerooth, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

**I.    Training and Experience**

1.    I am a Special Agent with the FBI and have been employed in this capacity since September 2021. I am currently assigned to a Transnational Organized Crime squad in San Diego, California. As a Special Agent, I have experience investigating cases involving major fraud schemes, international criminal syndicates, money laundering, and more. During my career, I have received training and gained experience in interviewing subjects and victims, search warrant applications, the execution of searches and seizures, and blockchain analysis of various cryptocurrencies. Through my training, education, and experience, I have become familiar with how various federal offenses can be committed. In addition, I have been the affiant on multiple federal arrest and search warrant applications. I have investigated and assisted with the prosecution of various criminal laws, including wire fraud, money laundering, and related conspiracies. Based on my training and experience, I am familiar with the strategies and techniques utilized by criminal syndicates conducting international investment fraud schemes. I am familiar with the facts and circumstances of this investigation from my own personal participation, my review of records and law enforcement reports, victim interviews, analysis of financial including cryptocurrency records, and my conversations with other investigators. This statement of facts does not set forth all facts developed or known by me during the course of this investigation, nor all of the information known by me or other law enforcement officers.

Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.8    Page 8 of 29

Rather, it sets forth only those facts and information that are necessary and sufficient to establish probably cause for the issuance of the attached complaint. All dates and times are approximate.

## II.    Background

2.    The FBI is investigating a Cryptocurrency Investment Fraud (CIF) scheme, often referred to as "pig-butchering," a term derived from the Chinese-language word "sha zhu pan" used to describe this type of scheme, which in 2024 alone targeted tens of thousands of victims in the United States and resulted in over five billion dollars in private assets siphoned overseas.

3.    CIF schemes typically begin with subjects contacting potential victims through seemingly misdirected text messages, social media and dating applications, or professional meetup groups. Next, using various means of manipulation, the subjects gain the victims' affection and trust. Subjects refer to victims as "pigs" at this stage because they concoct elaborate stories to "fatten up" their victims.

4.    Once that trust is established, the subjects recommend cryptocurrency investment by touting their own, or an associate's, success in the field. Investment methods vary, but a common tactic is to direct a victim to a fake investment platform hosted on a website. These websites, and the investment platforms hosted there, are created by subjects to mimic legitimate platforms. The subjects assist the victim with opening a cryptocurrency account, often on a U.S.-based cryptocurrency exchange, such as Coinbase or Crypto.com, and then walk the victim through transferring money from a bank account to that exchange account. Next, the victim will receive instructions on how to transfer their cryptocurrency assets to the fake investment platform. On its surface, the platform shows lucrative returns, encouraging further investment; underneath, all

Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.9    Page 9 of 29

deposited funds are routed to a cryptocurrency wallet address controlled by the subjects – the "butchering" phase of the scheme.

5.    After showing victims what appear to be lucrative returns, within their malicious platform, the subjects encourage further investments. With the promise of the high returns, subjects pressure victims to fund their investment accounts until the victims have depleted their bank accounts. Even then, the subjects will often attempt to continue the scheme by coaching victims to take out loans against their homes or to borrow money from friends and family. Inevitably, these victims eventually run out of money and make attempts to withdraw their funds. However, victims are unable to do so and are provided various excuses as to why. For example, subjects will often levy a fake "tax" requirement, stating taxes must be paid on the proceeds generated from the platform. This is just an eleventh-hour effort by subjects to elicit more money from victims; ultimately, victims are locked out of their accounts and lose all their funds. Even when victims procure enough funds to pay these "taxes," the subjects will continue to concoct new excuses to delay payment and invent new fees for victims to pay.



VICTIM BANK ACCOUNT
- Victim wires money from their bank account to their new cryptocurrency account

VICTIM CRYPTO ACCOUNT
- Victim transfers cryptocurrency to fake investment platform

INVESTMENT PLATFORM
- Victim funds are now under the complete control of criminals

6. After subjects take victims' funds, the funds are passed through a series of cryptocurrency addresses as co-conspirators seek to launder their criminal proceeds and conceal the source, ownership, and control of the stolen funds.

7. Since at least 2021, numerous scam centers perpetrating CIF have operated out of the United Arab Emirates (UAE), many of which are part of, or have connections to, scam companies headquartered in Southeast Asia.

8. The FBI's San Diego field office has reviewed numerous complaints filed with the FBI's Internet Crime Complaint Center (IC3) by victims in the Southern District of California reporting that they have been victimized by CIF and similar romance scams. As part of my investigation, agents including me are seeking to identify individuals and organizations responsible for operating and executing CIF scams targeting U.S. persons, including victims in the Southern District of California.

## III. Identification of Giant Company

9. During this investigation, I became aware of Giant Company, which agents have identified as a CIF scam center in Ajman, UAE, which is near Dubai, UAE. In January 2026, based on a search warrant issued by a U.S. Magistrate Judge in the Southern District of California, investigators searched several Facebook and Instagram accounts of individuals suspected of participating in the scheme and conducting wire fraud and money laundering. This warrant authorized the review of data from multiple social media accounts believed to be owned by UAE-based scam center employees, including a Giant Company "employee" (Co-Conspirator 1).

10.   The returns for Co-Conspirator 1's Instagram account indicated that he was working in a leadership role and recruiting others. In June 2024, Co-Conspirator 1 wrote, "*Aku yah spv+leader*" [I am a supervisor/leader.][1] In April 2025, Co-Conspirator 1 was asked by another user, "*di tmpt mu buka loker ga ? aku mau lah join*" [are there any job openings at your place? I'd like to join.]

11.   In September 2025, Co-Conspirator 1's Instagram account received the following screenshot, which appears to be a "group-chat" style messaging thread under the name XJ1.Giant. This thread includes the Pinned Message "Trustbase.vip" as shown below.



12.   In January 2025, the FBI's Internet Crime Complaint Center (IC3.gov) received a report referencing a CIF scheme. The reporting Victim (Victim 1), of Mississippi, had met someone on a dating application who introduced Victim 1 to Trustbase.vip. Victim 1 went on to invest approximately $120,000 worth of cryptocurrency via

---

[1] This and the additional quotes within this complaint have been preliminarily translated from Indonesian to English.

5

Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.12    Page 12 of 29

Trustbase.vip but has been unable to withdraw this investment or perceived profits.

13. Based on my training and experience, I am aware that CIF subjects conducting a scheme will often utilize group messages to chat with their teams. These subjects will often pin their current malicious investment platform within the chat, so their employees can easily know where they are directing victims. This is done because subjects are forced to cycle through platforms often to avoid negative online reviews and detection from law enforcement.

14. In September 2023, Co-Conspirator 1 engaged in an Instagram conversation with another user (Co-Conspirator 2).

- Co-Conspirator 1: "Skrg dah ga pernah pake crypto.com lg" [Now I'll never use Crypto.com again]
- Co-Conspirator 1: "Sana scam alertnya lg tinggi" [The scam alert is still high]
- Co-Conspirator 2: "Ambil Kanada" [Take it to Canada]
- Co-Conspirator 1: "Customersnya pada kaget liat scam notice" [The customers are shocked to see the scam notice]
- Co-Conspirator 1: "Canada ga pernah loh aku develop" [I've never developed anything in Canada]
- Co-Conspirator 2: "Enak x udah ni canada" [Canada is really great!]
- Co-Conspirator 1: "Aku masi nyoba2 di new mexico" [I'm still trying things out in New Mexico]
- Co-Conspirator 1: "Blm ktmu org tolol" [I haven't met any stupid people yet]

15. I believe based on my training and experience and this investigation that the messages about avoiding Crypto.com are not

referencing Co-Conspirator 1's personal use, but instead, refer to Co-Conspirator 1's use of Crypto.com in furtherance in the CIF scheme. Based on my training and experience, in CIF schemes victims are often coached through each step. This includes CIF perpetrators recommending what cryptocurrency exchange, like Crypto.com, victims should use. Those scam notices and Co-Conspirator 1's customers being "shocked," is likely Co-Conspirator 1's victims realizing that he is scamming them.

16. In addition to Co-Conspirator 1's communications about websites that have been reported as CIF, his desire to prevent his victims from seeing scam alerts, and searching for "stupid people" in New Mexico, FBI-Boston agents identified CIF victim funds that had been transferred into Co-Conspirator 1's personal account at Binance.

17. In June 2025, the FBI received an IC3 report from another victim (Victim 2), of Massachusetts. Victim 2 initially reported to have met a woman on a dating application who introduced him to an investment opportunity where he lost $65,000. In August 2025, agents contacted Victim 2, who provided screenshots for the transactions referenced in his IC3 report. Those sixteen transactions, from Crypto.com, Coinbase, and Cashapp.com, totaled approximately $97,000.

18. The last of these transactions, valued at $9,656.44 of the cryptocurrency USDC and sent on June 2, 2025, was sent by Victim 2 to the address provided to him by the fraudulent investment group. Two days later, those same funds were transferred to an address hosted at the cryptocurrency exchange Binance. In August 2025, agents received records from Binance identifying the account that received Victim 2's funds, and this revealed a Binance account associated to Co-Conspirator 1.

19. FBI investigators conducted additional blockchain analysis on Co-Conspirator 1's Binance account to determine the original source of

Case 3:26-mj-02437-MMP   Document 1 *SEALED*   Filed 04/24/26   PageID.14   Page 14 of 29

the cryptocurrency deposited into his account. This resulted in the identification of approximately 27 accounts belonging to U.S. persons. Investigators have either conducted interviews or reviewed reports filed to the FBI for seven of these account owners so far. In each case, these individuals were victimized in a CIF scheme. Cumulatively, these seven individuals reported a loss of hundreds of thousands of dollars.

## IV.   LISA MARIAM's Participation in the Scheme

20.   In February and March 2025, Co-Conspirator 1 appeared to assist in the recruitment of defendant LISA MARIAM (MARIAM), via Instagram, to the Giant Company scam center in the UAE. Based on agents' review of their Instagram correspondence, they exchanged the following messages:

- MARIAM: "*Mikir mau mutar duit LG wkwkwk*" [I'm thinking of making money from LG, hahaha]
- Co-Conspirator 1: "*[phone number]*"
- Co-Conspirator 1: "*Jgn buru2 ke dubai dulu […] Tggu wa balek*" [Don't rush to Dubai yet … Wait for me to return]
- Co-Conspirator 1: "*Lg pusing nih immigrasi sini ketat kali*" [Immigration here is really strict]
- Co-Conspirator 1: "*Kirim foto passport mu [Co-Conspirator 3]*" [Send your passport photo to [Co-Conspirator 3]]
- MARIAM: "*Okay koh*" [Okay, bro]

21.   Based on agents' review of the return from the above-mentioned search warrant, in June 2025, MARIAM, via Instagram, told another user, "*aku didubai nih*" [I'm in Dubai right now]. She also appeared to be involved in recruiting this user: "*mau krja ga wkwk […] komisi 30% gaji 1k atau 4k komisi normal 15%*" [do you want to work? haha … 30% commission salary 1k or 4k normal commission 15%]. I believe this reference to "1k"

8

may refer to a weekly salary, in United Arab Emirates dirham, where 1,000 AED (dirham) is equivalent to approximately $270 USD (at the time of submission of this complaint and statement of facts).

22. After MARIAM offered this user work and outlined the commission structure, the other user asked, "*Cipul kau ikut giant atau stuart ?*" [Cipul, are you with Giant or [Co-Conspirator 1]?]. MARIAM responded by stating, "*[Co-Conspirator 1]*". Based on a review of the warrant returns, and a registered email address which included "Cipul" in the username portion, as set forth below, I believe that Cipul is MARIAM's nickname and thus refers to her.

23. These messages were found during agents' review of MARIAM's Instagram account, pursuant to the search warrant noted above. This account was registered under the name "c1pul," with a 1996 date of birth, an "mlisa3677" Gmail address, and a username of "flooweryyyxo." The original username from this account's registration was melissaaaleooo, based on the warrant return.

24. MARIAM also utilized another Instagram account and a Facebook account that appear to have been used to target U.S. victims in CIF schemes.

25. One of her Facebook accounts was registered under the same 1996 date of birth, a "cipulcipul996" Gmail address, was under the name "Naomi May Lingston," and had the username Naomimaylingston.

26. MARIAM's second Instagram account was registered under the name "Your Queen," username "strawberr1xyz," and the same "cipulcipul996" email address linked to the Facebook account.

27. This cipulcipul996 email address appears to be one of multiple links tying the accounts to MARIAM. The "Cipul" and "996" is consistent with the "Cipul" name and other information found in subscriber

information of MARIAM's Facebook and Instagram accounts. It appears MARIAM was born in 1996 and that she uses "996" at the end of some of her email address usernames, which I believe may be a reference to the year 1996. MARIAM has two personal Facebook accounts also identified in the same warrant. One account is registered under the name Melissa Chloe, with username "Melisaachloe996," again apparently referencing the same 1996 date of birth noted earlier, and email "melissachloe996" at Gmail. The other account is under the name "Melissa Chloe II," with the username "Melissa.chloeii," the same 1996 date of birth, and a "lissachloe996" Gmail address. Second, the "Cipul" portion of the email address appears to be MARIAM's nickname and has been seen in messages received from other Instagram users. Her personal Instagram account is registered under the name "C1pul."

28.  Investigators have also obtained records from Google pursuant to an 18 U.S.C. § 2703(d) court order, for subscriber and other non-content information associated to the "cipulcipul996" Gmail address. These returns indicated that this email address was linked by computer cookies[2] to mlisa3677@gmail.com, which was the registered email address for MARIAM's apparent personal C1pul Instagram. These § 2703(d) returns also show that mlisa3677@gmail.com was the recovery email address for lissachloe996@gmail.com, which was registered to one of MARIAM's Facebook accounts noted above.

29.  Additionally, the device information section of the warrant returns obtained from Facebook and Instagram indicate that all five of

---

[2] Based on my training and experience, I am aware that computer cookies are small files of activity history stored on a computer that allow websites to remember "you," and more specifically your computer browser. This enables websites to personalize the experience to the user by making logging in smoother or retaining any website preferences previously set.

Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.17    Page 17 of 29

the Meta Platforms, Inc. (Facebook and Instagram) accounts associated to MARIAM were accessed by the same Apple iPhone 16 Pro MAX. I believe all of this shows that MARIAM was the user of each of the accounts discussed above.

30. Starting in March 2025 and continuing through at least February 2026, MARIAM used an Instagram account with the username "Strawberr1xyz" to engage in the CIF scheme. In March 2025, she engaged in a conversation with an individual victim (Victim 3), introducing herself as "Vanessa." After approximately five days of messaging, she introduced him to her trading platform "exodustrade.market." She guided Victim 3 to download an app and use the Web3 browser to navigate to the platform, as shown below:



Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.18    Page 18 of 29

31.    MARIAM explained her trading strategy by telling Victim 3, *"Okay so as you can see these are the currency pairs that we choose to trade. We can change the currency pairs according to which pair we are going to trade but usually will trade in BTC/USDT because BTC is the biggest and is the most volatile too."* MARIAM then instructed him to click one of the options "Buy Up" or "Buy Down" and explained to him that the trades are divided into timed trades of 30s (likely referencing seconds), 60s, 120s, and so on, as shown in the follow screenshot:



32.    From my training and experience, I know that the above screenshots are indicative of fraudulent cryptocurrency invest platform

Case 3:26-mj-02437-MMP   Document 1 *SEALED*   Filed 04/24/26   PageID.19   Page 19 of 29

trading. CIF scammers often use a simplified trading interface of "buying up" or "buying down" in timed segments to make the trades easy for victims to follow.

33. Also in March 2025, MARIAM messaged another user (Victim 4), from the same Instagram account, introducing herself as "Naomi." After approximately two weeks of messaging, she introduced Victim 4 to her trading platform "ambiswap.market," which was nearly identical to exodustrade.market, as compared below:



34. MARIAM then guided Victim 4 in creating an account and explained her strategy in a message identical to the one she sent to Victim 3: "*Okay so as you can see these are the currency pairs that we choose to trade. We can change the currency pairs according to which pair we are going to trade but usually will trade in BTC/USDT because*

*BTC is the biggest and is the most volatile too."* MARIAM instructed Victim 4 to click on "Buy Up" or "Buy Down," which showed a similar interface as exodustrade.market, as shown in the following screenshot:



MARIAM gave a similar explanation to Victim 4 about using timed trades.

35.    In August 2025, MARIAM used the same Instagram account to message another individual (Victim 5). After approximately six days, she introduced him to the platform "mewswap.exchange." After Victim 5 shared a screenshot of the main domain page, MARIAM sent a screenshot of what appeared to be Mewswap.exchange, displayed below. It appears that the defendant edited this screenshot by drawing a circle around, and arrow to, the "Trades" button at the domain. I am aware that many victims of

Case 3:26-mj-02437-MMP  Document 1 *SEALED*  Filed 04/24/26  PageID.21  Page 21 of 29

CIF are coached through the process step-by-step, which often will include similar screenshots that tell them exactly where to click.



36. The mewswap.exchange trading interface was nearly identical to the prior two exchange interfaces for the other victims, as shown below:

  

37.    Once again, MARIAM explained her strategy to Victim 5 with the same message that she sent to Victims 3 and 4, and then instructed Victim 5 to click "Buy Up" a screenshot of which is below, and gave her explanation of timed trades.



38. Based on my training and experience, and the facts herein, I believe the similar messages and explanations given to all three victims are the result of MARIAM utilizing a script to execute her scams. From my training and experience, I know that scammers often utilize scripts provided to them by their managers to coax their victims into fraudulent investments.

39. The FBI also received three IC3 reports referencing mewswap.exchange as a CIF scheme. These three individuals all met someone on a dating application and had a cumulative loss of approximately $345,000 of cryptocurrency to an investment scheme.

40. In July 2025, MARIAM messaged another individual (Victim 6), using the same Instagram account saying, "*Idk what's wrong with my whatsapp account but I guess we can talk here for a while babe*". I

believe based on my training and experience that Victim 6 was engaging in a WhatsApp conversation with MARIAM or a co-conspirator prior to this message, but the conversation switched to Instagram. MARIAM then asked Victim 6 if "*the money went thru yet?*" This victim responded that he went to the bank, but the money was still on hold. The next day, Victim 6 messaged MARIAM to tell her he was wiring the money so he could "*pay that fee.*" As noted above, I know that CIF scams often enact a fee, or a "tax," when the victim attempts to withdraw their earnings as an eleventh-hour attempt to scam more money from the victim.

41. Victim 6 admitted to MARIAM that he could not remember how to pay the fee. MARIAM asked him to show her his Coinbase account. He then told MARIAM that he owed the platform $3,748.21 but could only afford to purchase 3,738.21 USDC.[3] MARIAM instructed him to purchase the USDC anyway and then guided him through sending it to the platform ambiswap.market.

42. The platform notified Victim 6 that although he paid the fee he owed, it was seven days after the due date, resulting in a $700 late fee, and that his withdrawal will not be processed until he pays the late fee. An image of this is shown below.

---

[3] USDC, or USD Coin, is a cryptocurrency stablecoin pegged in value to the U.S. dollar one to one.

Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.25    Page 25 of 29



43. Based on my training and experience, I know that even when a victim pays a "tax" or a "fee" levied by a CIF platform, the platform will often create an excuse to charge an additional fee. This is typically a last-ditch effort to take as much money from the victim as possible.

19

44.    In February 2026, the FBI received a report to IC3 from another victim (Victim 7). According to the report, Victim 7 met "Bella Theresia" on Tinder, and reported that her Instagram username was Strawberr1xyz, which is MARIAM's username, as discussed above. Bella asked him if he wanted to learn crypto and directed him to the platform "pontemswap.exchange".  He reported a loss of $5,600.

45.    In April 2026, Victim 7 was interviewed by investigators. Victim 7 stated that after meeting Bella on Tinder, they moved the conversation to WhatsApp where they talked for multiple months. Eventually, she introduced him to the "pontemswap.exchange" platform referenced in his report. Victim 7 invested approximately $5,600, but he then began to grew suspicious when Bella continued to pressure him into investing more than he was comfortable with.

46.    Later, Bella told Victim 7 that the platform was about to be shut down and that they needed to withdraw their money immediately. This only caused Victim 7 to grow more suspicious. Victim 7 made attempts to withdraw his money but instead received an email stating that he needed to invest an additional $20,000 before he could make withdrawals.

47.    Before recognizing it was a scam, Victim 7 asked and obtained Bella's Instagram: "strawberr1xyz." When asked more about this account, Victim 7 stated that it was under the name "Your Queen." As stated earlier and identified in the Facebook and Instagram warrant return, one of MARIAM's Instagram is under the name "Your Queen" with the username "strawberr1xyz."

48.    This warrant return also included information on accounts linked by sharing a common device, such as a mobile phone. MARIAM's "strawberr1xyz" Instagram account had been accessed by an iPhone which had also accessed an account under the name "Bella Theresia" (username

20

Case 3:26-mj-02437-MMP    Document 1 *SEALED*    Filed 04/24/26    PageID.27    Page 27 of 29

unidentified). Based on this and the other facts herein, I believe this Bella name is associated with MARIAM and a persona that she had previously used with the "Bella Theresia" Instagram and used again with her "strawberr1xyz" when she defrauded Victim 7.

49. The FBI also received three IC3 reports referencing mewswap.exchange. These three individuals all met someone on a dating application and had a cumulative loss of approximately $345,000 of cryptocurrency to an investment scheme.

50. Based on my training and experience, I know that perpetrators of CIF and other fraud schemes will often send photos of women to the victims to lure victims into romance-based CIF schemes. MARIAM's Strawberr1xyz Instagram account shared such images in at least March and December 2025. Additionally, while reviewing her personal Facebook and Instagram accounts, I have seen numerous images of MARIAM. Based on this review, I believe that the images of other women sent to victims are not MARIAM and may not even be of the same woman. I am aware that these CIF subjects will often hire "models," or steal images found online, as a source of photos to send their victims as part of their scheme.

**V.    Victims of Mewswap.exchange and Exodustrade.market**

51. As referenced earlier, MARIAM has introduced at least four websites (Exodustrade.market, Ambiswap.market, Mewswap.exchange, and Pontemswap.exchange) to potential victims. Among these, the FBI has received eight reports directly referencing these platforms from victims alleging a total loss of over $475,000. A summary of identified victims, their locations, their losses, and associated platforms is below, which agents have attributed to MARIAM and her co-conspirators.

//

//

| Victim's Location | Victim's Reported Loss | Malicious Platform | Linked Platforms |
|---|---|---|---|
| California | $63,962 | exodustrade.market | exoswap.trade |
| Nevada | $17,968 | ambiswap.market | |
| Oklahoma | $100,000 | mewswap.exchange | mewswap.vip, mewswap.trade |
| Washington | $120,000 | mewswap.exchange | mewswap.trade, mewchain.market, icemew.com |
| Texas | $125,414 | mewswap.exchange | mewswap.finance, icemew.com |
| Texas | $5,600 | pontemswap.exchange | |
| Louisiana | $45,478 | pontemswap.exchange | |
| California | $530 | pontemswap.exchange | |

52. Several of these reports also listed at least one additional platform. As mentioned earlier, I am aware that CIF subjects will frequently move from one platform to another to avoid negative online reviews or detection of law enforcement. These additional platforms were likely used by MARIAM and her co-conspirators to target other victims into CIF schemes.

53. I believe that this likely represents just a small fraction of U.S. victims of these fraudulent investment platforms and the scheme in which MARIAM has participated. It is well-known that only a fraction of victims file reports for financial crimes. Additionally, because CIF schemes often have a romantic angle to them, they can cause victims embarrassment, which makes CIF victims even less likely to file reports.

## VI.  Request for Sealing

54. The FBI's investigation discussed here is ongoing and covert at this time. As I and other agents have been informed, following recent law enforcement actions in and around Dubai, UAE, MARIAM was apprehended by UAE authorities on or about April 22, 2026. Nonetheless, I request that this statement of facts, the complaint, the arrest warrants, and associated documents be sealed until further order of the Court.

Immediate disclosure in the public record would create risks that MARIAM or co-conspirators would attempt to flee prosecution, endanger and threaten the safety of witnesses and other individuals, destroy and/or tamper with evidence, and otherwise seriously jeopardize the investigation.